1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD D. DIFFENBAUGH,<br><br>                              Plaintiff,<br><br>  v.<br><br>NATIONAL CITY MORTGAGE, et al.,<br><br>                           Defendants. | CASE NO: 10-CV-054 W (BLM)<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT (DOC. NO. 3.)** |

On April 26, 2010, Plaintiff Donald Diffenbaugh ("Plaintiff") filed a First Amended Complaint ("FAC") as a matter of course under Fed.R.Civ.P. 15. (Doc. No. 5.) In light of the foregoing, the Court finds that the previously filed motion to dismiss is now moot, and is therefore, **DENIED**. (Doc. No. 3.)

**IT IS SO ORDERED.**

DATED: April 30, 2010

                                                              _____
                                                              Hon. Thomas J. Whelan
                                                               United States District Judge